BORIS SHEFTS, Respondent, v. HERMAN D. FURMAN, Defendant, and VARET CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ANNETTE SOTER, Appellant, v. EFSTRATY SOTER, Respondent.— Judgment dismissing complaint on the merits unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

HOWARD T. WALDEN and EDWARD F. JORDAN, as Surviving Members of the Firm of WALDEN & WEBSTER, Respondents, v. MAURICE RAPOPORT, EUGENE J. RICH and WALTER M. HOLDSTEIN, Doing Business under the Firm Name and Style of MAURICE A. RAPOPORT & COMPANY, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

ARTHUR J. WALDRON, Respondent, v. BOLTON WECHTEL CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

RALPH WARE and HERMAN STERN, Respondents, Appellants, v. VERNON COAL COMPANY, INC., Appellant, Respondent.— Order granting plaintiffs' motion to set aside verdict reversed upon the law and the facts, with costs, verdict reinstated, and judgment directed to be entered thereon, with costs. The answer was sufficient to authorize the admission of testimony to the effect that commissions were not payable until a formal contract was signed and a $4,000 payment made to defendant on account of the purchase price. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

IDA WEISS, Respondent, v. ISIDORE WEISS, Appellant.— Order adjudging defendant guilty of contempt affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

ANNIE M. WELWOOD, Respondent, v. ALEX SCHWARTZER, Defendant, and HENRY O. GERDTS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

AARON WOLLENS, Appellant, v. ROSE WOLLENS, Respondent.— Order resettling order granting motion to punish for contempt affirmed, with ten dollars costs and disbursements. (1) When all the provisions of the judgment are read together they furnish a sufficient basis for the contempt order herein. (2) Appellant complied with the judgment for a time and did not appeal from it by way of eliminating the direction therein to pay for the support of the child, which provision he now fails to obey. No question of the invalidity of that direction was raised in the Special Term, or in this court in this proceeding, upon the ground that the court had no authority to make such a direction. Justice does not require that this question be now considered, and it may not be considered now in this proceeding so long as the judgment containing that direction continues in full force and effect. Young, Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents, being of opinion that the court had no authority to make the judgment for a disobedience of which the contempt order was made. (*Lesser* v. *Lesser*, 114 Misc. 701, and cases there cited.)